UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
In re:                                                     :
                                                           :
KUMTOR GOLD CO. CJSC, and                                  :     **ORDER CLOSING CASE**
KUMTOR OPERATING CO. CJSC,                                 :
                                                           :     21 Civ. 6578 (AKH)
                                       Debtors,            :
                                                           :
---------------------------------------------------------- X
                                                           :
KYRGYZ REPUBLIC,                                           :
                                                           :
                                       Appellant,          :
                                                           :
           -against-                                       :
                                                           :
KUMTOR GOLD CO. CJSC, and                                  :
KUMTOR OPERATING CO. CJSC,                                 :
                                                           :
                                       Appellees.          :
---------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       Leave to appeal having been denied and entered on October 20, 2021 (Dkt. No. 17), the Clerk shall mark the case closed.

       SO ORDERED.

Dated:    December 29, 2021                      /s/ Alvin K. Hellerstein
            New York, New York                 ALVIN K. HELLERSTEIN
                                                                  United States District Judge